IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MELVIN PERALTA SILES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:25-cv-1442 (LMB/WEF) |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

ORDER

On August 30, 2025, petitioner Melvin Peralta Siles ("Siles" or "petitioner") filed a

Petition for Writ of Habeas Corpus with this Court, alleging that he was unlawfully detained at

the Farmville Detention Center. [Dkt. No. 1]. On Monday, September 1, 2025 (Labor Day,

when the Court was closed), Siles was transferred to the Moshannon Valley Processing Center in

Philipsburg, Pennsylvania. On September 2, 2025, before it was aware that Siles had been

transferred, this Court ordered that Siles not be removed or transferred to another district without

the Court's permission. [Dkt. No. 2]. In response, respondents promptly notified the Court that

Siles had been transferred one day earlier.[1] [Dkt. No. 4].

On September 10, 2025, Siles filed an Amended Petition for Writ of Habeas Corpus

("Amended Petition"), still naming the Warden of the Farmville Detention Center as a

respondent. [Dkt. No. 7]. Unsure whether it possessed jurisdiction over Siles's Amended

Petition, the Court entered an Order on September 17, 2025, directing petitioner to show cause

by September 22, 2025, why Siles's Amended Petition should not be dismissed or transferred to

---

[1] Because Siles had been transferred before the Court entered its September 2, 2025, Order, respondents did not violate the Order.

the Western District of Pennsylvania.

As of the close of business on September 24, 2025, Siles has neither responded to the Court's September 17, 2025, Order or sought additional time to do so. Accordingly, it is hereby

ORDERED that Siles's Amended Petition [Dkt. No. 7] be and is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

Entered this **25** day of September, 2025.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

2